IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Civil No. _18-2656_____ |
| ) | |
| v. ) | NOTICE OF LODGING OF |
| ) | CONSENT DECREE OF |
| KEYSTONE LABORATORIES, INC., a corporation, ) | PERMANENT INJUNCTION |
| MELINDA MENKE and ELIZABETH JUMET, ) | |
| individuals, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Plaintiff, the United States of America, by and through its undersigned attorneys, respectfully submits the Consent Decree of Civil Penalty and Permanennt Injunction attached to this Notice. The Consent Decree has been approved and signed by all parties and would resolve the Complaint filed by the United States against Defendants.

Respectfully submitted,

| | |
|---|---|
| OF COUNSEL: | D. MICHAEL DUNAVANT |
| | United States Attorney |
| ROBERT P. CHARROW | Western District of Tennessee |
| General Counsel | |
| U.S. Dept. of Health & Human Services | /s/ Stuart J. Canale |
| | STUART J. CANALE |
| STACY AMIN | Civil Chief (TN #012590) |
| Chief Counsel | Assistant United States Attorney |
| Food and Drug Administration | 167 North Main Street |
| | Suite 800 |
| ANNAMARIE KEMPIC | Memphis, Tennessee 38103 |
| Deputy Chief Counsel, Litigation | (901) 544-4231 |
| | Stuart.Canale@usdoj.gov |
| ROSELLE N. OBERSTEIN | |
| Associate Chief Counsel, Litigation | |
| Dept. of Health and Human Services | |
| Food and Drug Division | |

10903 New Hampshire Avenue  
Silver Spring, MD 20993  
(301) 348-3011  
roselle.oberstein@fda.hhs.gov

JOSEPH H. HUNT  
Assistant Attorney General  
Civil Division

JAMES M. BURNHAM  
Deputy Assistant Attorney General  
Civil Division

GUSTAV EYLER  
Acting Director  
Consumer Protection Branch

/s/Claude F. Scott  
CLAUDE F. SCOTT  
Trial Attorney  
U.S. Department of Justice  
450th Fifth Street, N.W., 6th Fl. South  
Washington, DC 20044  
(202) 514-9471  
Claude.F.Scott@usdoj.gov